

DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA  95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

The following constitutes
the order of the court. Signed August 27, 2015

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

In Re:                                                ) Chapter 13
                                                      )
MARK J RODRIGUEZ                                      ) Case No. 12-58358 SLJ
                                                      )
IRENE N RODRIGUEZ                                     )
                                                      )
_____Debtors_____)

### ORDER OF DISMISSAL

Upon consideration of the declaration of Filipa Gomes, Client Administrator for DEVIN DERHAM-BURK, Chapter 13 Trustee, dated 08/26/2015 and filed with this court attesting to the Debtors' default under the terms of the confirmed plan, and on the continuing default, the Court is satisfied that Chapter 13 Trustee served the Debtors and counsel for the Debtors with a NOTICE OF DEFAULT IN CHAPTER 13 PLAN PAYMENTS AND DEMAND FOR CURE;  and upon  good cause shown,

IT IS THEREFORE ORDERED that the instant case be and the same is dismissed, and that any restraining orders heretofore entered in this case are hereby vacated.  The Trustee shall submit at a later date, her Trustee's Final Report for approval by this Court.

Notwithstanding the dismissal of this case, the Trustee shall remit to the Clerk of the Court, funds from any previously disbursed checks that remain uncashed.

* * * END OF ORDER * * *

# COURT SERVICE LIST

Case Name: MARK J RODRIGUEZ                              Case No.: 12-58358 SLJ
            IRENE N RODRIGUEZ

Registered ECF Participants will receive an electronically mailed copy of the foregoing document.

Non-registered parties, and/or those not represented by a registered ECF participant:

NONE